UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SHAW,<br><br>            Plaintiff,<br><br>     v.<br><br>WOODS, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01087-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 3, 2020, Plaintiff submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, but he did not sign it.  (ECF No. 2, p. 3).  Additionally, the form Plaintiff submitted does not include all of the necessary sections.  Under 28 U.S.C. § 1915(b), Plaintiff is still responsible for paying the filing fee, and the funds are to be collected from his trust account (when funds are available).  Therefore, Plaintiff must authorize the California Department of Corrections and Rehabilitation to collect funds from his trust account and forward those funds to the Court.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

\\\

\\\

1

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **August 7, 2020**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE