UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SHAW,<br><br>             Plaintiff,<br><br>     v.<br><br>WOODS, et al.,<br><br>             Defendants. | Case No. 1:20-cv-01087-DAD-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS (ECF NO. 12)<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND (ECF NO. 15)<br><br>ORDER DIRECTING CLERK TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 16)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

William Shaw ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on August 3, 2020.  (ECF No. 1). On September 3, 2020, the Court screened the complaint and issued findings and recommendations, recommending that "[t]his case proceed on Plaintiff's Eighth Amendment sexual assault claim against defendant Shearer," and that "Plaintiff's failure to protect claim be dismissed."  (ECF No. 12, p. 6).

On September 30, 2020, Plaintiff filed a motion for leave to amend (ECF No. 15), along

with a copy of the proposed amended complaint (ECF No. 16).

Given that Plaintiff's proposed amended complaint includes additional relevant factual allegations, the early stage of these proceedings, and that "the court should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a)(2), the Court will grant Plaintiff's motion for leave to amend and vacate the findings and recommendations issued on September 3, 2020.

Additionally, Plaintiff states that the case should be transferred to the Sacramento Division of the Eastern District of California.  (ECF No. 16, p. 2).  In his First Amended Complaint, Plaintiff clarifies that the incidents alleged in the complaint occurred at California State Prison, Sacramento (Id. at 1), which is part of the Sacramento Division of the United States District Court for the Eastern District of California.

Pursuant to Local Rule 120(f), "[w]henever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District."  Therefore, the Court will grant Plaintiff's request and transfer this action to the Sacramento Division.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. The findings and recommendations issued on September 3, 2020 (ECF No. 20), are VACATED;
2. Plaintiff's motion for leave to amend (ECF No. 15) is GRANTED;
3. The Clerk of Court is directed to file Plaintiff's First Amended Complaint (ECF No. 16);
4. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
5. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

\\\

\\\

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **October 2, 2020**            /s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE